JEAN C. REED, an Infant, by LESTER H. REED, Her Guardian ad Litem, Plaintiff, v. JULIA BURGHART, Respondent, and RODNEY S. HATCH, Appellant. JULIA BURGHART, Plaintiff, v. RODNEY S. HATCH, Appellant, and ROGER HATCH, Defendant. DELIA GURNEE, Plaintiff, v. RODNEY S. HATCH, Appellant, and ROGER HATCH, Defendant.— Order reversed, with ten dollars costs and disbursements, and motion for consolidation granted, with ten dollars costs. MEMORANDUM. The only objection to consolidation is made by Julia Burghart. Consolidation deprives no plaintiff of the right to open and close, and the consolidated action is ordered preferred under the provisions of section 138, subdivision 20, of the Civil Practice Act. (*Gibbs* v. *Sokol*, 216 App. Div. 260.) All concur.

In the Matter of the Application of LEROY B. WILLIAMS, Respondent, for an Order to Show Cause Addressed to CLIFFORD GOES and Others, Constituting the Board of Assessors of the City of Syracuse, N. Y., Appellants.— Order affirmed, with costs. All concur.

CHARLES H. EVERITT, Respondent, v. COUNTY OF ERIE, Appellant.— Judgment affirmed, with costs. All concur. [148 Misc. 778.]

GROSS MACHINERY COMPANY, INC., Respondent, v. GILBERT J. YOUNG, Appellant.— Order affirmed, with costs. All concur.

In the Matter of the Application of ANDREW H. MILLER for a Determination of Rights Claimed by Him under and Pursuant to Section 205 of the General Municipal Law, Subdivision Second-b, against the TOWN OF IRONDEQUOIT, a Municipal Corporation.— Order affirmed, with costs. All concur.

ALBERT B. HUTCHENS, Respondent, v. JOHN BRAHM, Appellant.— Judgment and order affirmed, with costs. All concur.

HENRY ADSIT BULL, Appellant, Respondent, v. ELMER E. HARRIS AND COMPANY and Others, Appellants, Respondents, and THE PENDOCK COMPANY and Another, Defendants.— Motion for a reargument denied, without costs. Lewis, J., not sitting.

ANNA MARIAN DICKINSON, Respondent, v. VILLAGE OF LANCASTER and CITIZENS HOSE COMPANY, Appellants.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Lewis, J., not sitting.

WILLIAM FRANCIS DICKINSON, Respondent, v. VILLAGE OF LANCASTER and CITIZENS HOSE COMPANY, Appellants.— Motion for a reargument denied; motion for leave to appeal to the Court of Appeals denied. Lewis, J., not sitting.

BERNICE MARJORIE LANG, Respondent, v. VILLAGE OF LANCASTER and CITIZENS HOSE COMPANY, Appellants.— Motion for a reargument denied; motion for leave to appeal to the Court of Appeals denied. Lewis, J., not sitting.